JULY 25, 1963

**Reap. Dec. 10574.**—Williams, Clarke Company *v.* United States, ▮▮▮▮▮▮ Reappraisement dismissed May 9, 1963. Entered at Los Angeles, Calif. (Not published.) Motion by plaintiff.

**Reap. Dec. 10575.**—Joseph O. Gray *v.* United States, ▮▮▮▮▮▮ Reappraisement abandoned July 10, 1963. Entered at San Francisco, Calif. (Not published.) (Initial No. R62/4998.) Motion by plaintiff.